932

No. 75–5165. CASTELLANO ET AL. v. KOSYDAR, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 75–5172. PARKS ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–5173. ARNEY v. BENNETT, GOVERNOR OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–5175. LAURA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5178. BENAVIDEZ, AKA CHESTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5179. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5183. WRIGHT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5185. KELTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5186. CANDIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5188. FANNON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5189. KITTINGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5195. WOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5196. PHELPS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.